

June 3, 2015

***VIA U.S. MAIL***

***PERSONAL AND CONFIDENTIAL***

Edward B. Geller, Esq.
15 Landing Way
Bronx, NY 10464

Re:   *Edward Sutton v. Financial Recovery Services, Inc.*
      Court File No.:  1:15-cv-00313-RJD-CLP
      Our File No.:  44484.361

Dear Mr. Geller:

Enclosed and served upon you please find the Defendant Financial Recovery Services, Inc.'s Reply Memorandum of Law in Support of Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) in regard to the above referenced matter.

Thank you.

Very truly yours,

**Michael T. Etmund**
Attorney for Defendant Financial Recovery Service, Inc.
P: (612) 877-5309  F: (612) 877-5050
Mike.Etmund@lawmoss.com

MTE/apmo

Enclosures